**FILED**
December 13, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SL_____
                DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
DEC 04 2024
_____ DT
       DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:24-00217 |
| v. | ) |
| | ) Austin Case No: 1:24-mj-885-DH |
| | ) 18 U.S.C. § 2251(a) |
| | ) 18 U.S.C. § 2251(e) |
| | ) 18 U.S.C. § 2252A(a)(2) |
| PHILIP TAYLOR SOBASH | ) 18 U.S.C. § 2422(b) |

# I N D I C T M E N T

### COUNT ONE

THE GRAND JURY CHARGES:

Between on or about October 11, 2018, and on or about May 31, 2019, in the Middle District of Tennessee and elsewhere, the defendant, **PHILIP TAYLOR SOBASH**, did employ, use, persuade, induce, entice, and coerce Minor Victim 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the defendant knew and had reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate commerce, and the visual depiction actually was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Between on or about October 11, 2018, and on or about May 31, 2019, in the Middle District of Tennessee and elsewhere, the defendant, **PHILIP TAYLOR SOBASH**, did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce Minor Victim 1, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Exploitation of a Minor, which is a criminal offense under Title 18, United States Code, Sections 2251(a) and (e), and production of child pornography under Title 18, United States Code, Section 2427.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Between on or about October 11, 2018, and on or about May 31, 2019, in the Middle District of Tennessee and elsewhere, the defendant, **PHILIP TAYLOR SOBASH**, knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce and that has been mailed, and has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Count One of this Indictment, the defendant, **PHILIP TAYLOR SOBASH,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

> (a) Any visual depiction described in 18 U.S.C. §§ 2251 or 2252A, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction which was produced, transported, mailed, shipped or received in violation of law;
>
> (b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
>
> (c) Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

3. Upon conviction of Count Two of this Indictment, the defendant, **PHILIP TAYLOR SOBASH,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense, and (2) any property, real or personal, that constitutes or is derived from proceeds traceable to the offense.

3

A TRUE BILL


FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*Monica R. Morrison* (signature)

MONICA R. MORRISON
ASSISTANT UNITED STATES ATTORNEY

ADAM BRASKICH
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE, CRIMINAL DIVISION
CHILD EXPLOITATION AND OBSCENITY SECTION

4