## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | **No. 1:24-MJ-885-DH** |
| **PHILIP TAYLOR SOBASH,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

### GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL

The United States Attorney, by and through the undersigned Assistant United States Attorney, hereby notifies the Court and the Defendant that Assistant United States Attorney Gabriel Cohen is assigned to this matter and will serve as counsel for the government.

*Respectfully submitted*,

JAIME ESPARZA
United States Attorney

By:    /s Gabriel Cohen
GABRIEL COHEN
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Office: (512) 370-1246
Fax: (512) 916-5854
gabriel.cohen@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 13, 2024, a copy of the foregoing Government's Notice of

Appearance of Counsel was filed with the Clerk of the Court using the CM/ECF system.


/s Gabriel Cohen
Gabriel Cohen
Assistant United States Attorney