# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

Case Number: AU:24-M -00885(1)

v.

(1) Philip Taylor Sobash
*Defendant*

# ORDER SCHEDULING A DETENTION HEARING

A [X] detention hearing and an [ ] identity hearing in this case is/are scheduled as follows:

| | |
|---|---|
| Place: 501 West 5th Street, Austin, Texas, 78701 | Courtroom No.: 3, 4th Floor |
| Presiding Judge: Magistrate Judge Dustin Howell | Date and Time: December 18, 2024, at 10:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 4:00 p.m. the day before scheduled hearing.

December 13, 2024
*Date*

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

v.

(1) Philip Taylor Sobash
*Defendant*

Case Number: AU:24-M -00885(1)

*Charging District Case No.: 3:24-00217*

**Waiver of Rule 5 & 5.1 Hearings**
(Complaint/Indictment)

    I understand that I have been charged in another district, the Middle Distrit of Tennessee-Nashville Division.

I have been informed of the charges and of my rights to:

    (1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
    (2) an identity hearing to determine whether I am the person named in the charges;
    (3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
    (4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
    (5) a hearing on any motion by the government for detention;
    (6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

( ) an identity hearing and production of the warrant.

( ) a preliminary hearing.

( ) a detention hearing.

( ) an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

    I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
(1) Philip Taylor Sobash, *Defendant*

_____
*Date*

_____
*Counsel for Defendant*