# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>V<br><br>PHILIP TAYLOR SOBASH<br>Defendant | §<br>§<br>§<br>§  Case No. 1:24-MJ-885<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF COUNSEL

Comes now Angelica Cogliano, of Cogliano & Miro, PLLC, and enters her appearance as counsel for Philip Taylor Sobash in the above-referenced action.

Respectfully submitted,

By: /s/ Angelica Cogliano
Angelica Cogliano
State Bar No.: 24101635
Cogliano & Miró, PLLC
505 W. 12th St. Ste. 206
Austin, Texas 78701
Office (512) 375-3303
Fax (877) 497-8347
Email angelica@coglianolaw.com

Attorney for Philip Taylor Sobash

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2024, a true and correct copy of the above and foregoing motion was filed electronically with the U.S. District Clerk's Office using the CM/ECF System and delivered to the United States Attorney's Office (AUSA Gabe Cohen).

By: /s/Angelica Cogliano
Angelica Cogliano